# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KENNETH CLAY,

    Plaintiff,

      v.

MUSCOGEE COUNTY, CITY OF
COLUMBUS, GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2030-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be transferred to the United States District Court for the Middle District of Georgia. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED to the United States District Court for the Middle District of Georgia, Columbus Division.

SO ORDERED, this 12 day of July, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge